# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142686-7(82)

ANTHONY S. PECORARO,
     Plaintiff-Appellant,

v

GINA ROSTAGNO-WALLAT,
     Defendant-Appellee,

and

JEFFREY C. WALLAT,
     Defendant-Appellee.

_____/

SC: 142686-7
COA: 293355; 293445
Wayne CC Family Div:
08-160479-DC

On order of the Court, the motion for reconsideration of this Court's June 3, 2011 order is considered, and it is DENIED, there being no majority in favor of granting reconsideration.

CAVANAGH and HATHAWAY, JJ., would grant reconsideration and, on reconsideration, would grant leave to appeal.

MARILYN KELLY, J., would grant reconsideration and, on reconsideration, would grant leave to appeal for the reasons set forth in her dissenting statement in this case, 489 Mich 951 (2011).

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2011 _____

d0928

_____
Clerk